IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-101-D-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| JUSTIN DAARON JOHNSON, | ) | |
| a/k/a "J-Rock" | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Docket Entry Number 246, filed on November 24, 2020, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion regarding Docket Entry Number 246 be sealed.

This __24__ day of November, 2020.

                                          THE HONORABLE JAMES C. DEVER III
                                          United States District Judge